1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA m

10

11   WALTER SHANE LANGSTON,              No.  2:16-cv-2362 MCE CKD P

12                  Plaintiff,

13        v.                            FINDINGS AND RECOMMENDATIONS

14   ROESSER,

15                  Defendant.

16

17        Plaintiff is a state prisoner proceeding pro se with a complaint pursuant to 42 U.S.C. §

18   1983.  On January 31, 2017, plaintiff's first amended complaint was dismissed for failure to state

19   a claim, and plaintiff was granted leave to amend a second time.  (ECF No. 11.)  Plaintiff's

20   second amended complaint is now before the court for screening.  (ECF No. 16.)  See 28 U.S.C. §

21   1915A(a).

22        Having reviewed the second amended complaint, the undersigned concludes that it fails to

23   cure the defects discussed in the January 31, 2017 screening order or state a cognizable claim

24   against defendant Roesser.  Because it appears that another round of amendment would be futile,

25   the undersigned will recommend dismissal of this action.

26        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

27   prejudice and this case closed.

28        These findings and recommendations are submitted to the United States District Judge

1

assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

after being served with these findings and recommendations, plaintiff may file written objections

with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings

and Recommendations."  Plaintiff is advised that failure to file objections within the specified

may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th

Cir. 1991).

Dated:  May 10, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 /lang2362.sac_fr

2